THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO 
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals
 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Benjamin W. Gosnell,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2004-UP-414
Submitted April 21, 2004  Filed June 25, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Benjamin W. Gosnell appeals 
 his conviction for first-degree criminal sexual conduct with a minor.  Gosnells 
 appellate counsel has petitioned to be relieved as counsel, stating she has 
 reviewed the record and has concluded Gosnells appeal is without legal merit 
 sufficient to warrant a new trial.  The issue briefed by counsel concerns whether 
 the trial court erred in not granting Gosnells motion for a directed verdict 
 of acquittal.  Gosnell did not file a brief with this court on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold the trial court committed no error 
 in denying Gosnells motion for a directed verdict of acquittal, the evidence 
 being sufficient to support his conviction and sentence.  We also hold there 
 are no directly appealable issues in this case that are arguable on their merits.  
 Accordingly, we dismiss Gosnells appeal and grant counsels petition to be 
 relieved. [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and BEATTY, JJ., concur.

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.